Paul S. Rothstein (*admitted pro hac vice*)
Kyla V. Alexander (*admitted pro hac vice*)
626 N.E. First Street
Gainesville, Florida 32601
Tel: (352) 376-7650
Fax: (352) 374-7133
PSR@Rothsteinforjustice.com
Kyla.tm@rothsteinforjustice.com

Alan J. Sherwood, SB#118330
Law Offices of Alan J. Sherwood
26755 Contessa Street
Hayward, CA 94545
alansherwood@earthlink.net
(510) 409-6199

*Attorneys for Plaintiff and Settlement Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS BRONSON and CRYSTAL HARDIN on behalf of themselves and all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No.: 3:18-cv-02300-WHA<br><br>DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE<br><br><br>The Honorable William H. Alsup |

I, Paul S. Rothstein, declare as follows:

1. I am an attorney of record in the above styled action and one of the attorneys of record for Plaintiffs. I submit this Declaration in support of Plaintiff's Motion for Order to Show Cause Why Sanctions Should Not be Imposed Upon Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would testify to the matters stated herein.

3. Attached as Exhibit A is a true and correct copy of an email dated October 23, 2020, which I sent to Samsung's Counsel regarding the retention of documents related to the implementation of the Second Amended Settlement Agreement.

4. Attached as Exhibit B is a true and correct copy of a draft Notice of Deposition regarding the implementation of the Second Amended Settlement Agreement.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October 2019.

By: /s/Paul S. Rothstein
Paul S. Rothstein (admitted pro hac vice)
626 N.E. First Street
Gainesville, Florida 32601
(352) 376-7650
psr@rothsteinforjustice.com

*ATTORNEYS FOR PLAINTIFF AND SETTLEMENT CLASS*