**Subject:** Samsung - Hardin Settlement Spoliation Warning
**From:** psr <psr@rothsteinforjustice.com>
**Date:** 10/23/2020, 3:40 PM
**To:** mmueller@hunton.com, twaskom@hunton.com
**CC:** Alexander <kyla.tm@rothsteinforjustice.com>

SPOLIATION WARNING

Mike and Tom:

As Class Counsel, I demand that all documentation that currently exists (through and including today) and which relates to any implementation of the Hardin Settlement be preserved. Documentation may include communications with Samsung's authorized service centers in California, any changes on GSPN related to the Affected Models, training or communications to any Samsung customer service representatives (including representatives available through 1-800-SAMSUNG), notes and records of calls made to 1-800-SAMSUNG or any other Samsung representative regarding the Affected Models.  These documents will indicate whether or not Samsung has been or is in compliance with the Second Amended Settlement Agreement [Dkt. 226-2], Final Approval Order and Judgment.

Should Samsung's counsel wish to contact Class Counsel with respect to the scope and duration of this demand, please contact the sender and all copied parties via email or letter.


Sincerely,
Paul

The information contained in this electronic transmission (e-mail) is private and confidential and is the property of the Law Office of Paul S. Rothstein. The information contained herein is privileged and is intended only for the use of the individual(s) or an entity named above. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this (e-mail) electronically transmitted information is strictly prohibited. If you have received this (e-mail) electronic transmission in error, please immediately notify us by telephone and delete the e-mail from your computer. You may contact the Law Office of Paul S. Rothstein at (352) 376-7650 (Gainesville, FL).