## Paul S. Rothstein, P.A.
ATTORNEY AT LAW

| | |
|---|---|
| 626 N.E. First Street | 151 S.E. Eighth Street |
| Gainesville, Florida 32601 | Ocala, Florida 34471 |
| | |
| Gainesville: (352) 376-7650 | Ocala: (352) 351-8582 |
| Fax: (352) 374-7133 | Lake City: (904) 752-5755 |

December 21, 2020

**FILED VIA ECF**
Honorable William H. Alsup
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 8 - 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

           Re:    *Bronson et al. v. Samsung Electronics America, Inc. et al;*
                    *Case No.: 3:18 – CV – 2300 – WHA;*

Dear Judge Alsup,

In our briefing filed on December 4, 2020 [Dkt. 263], I misstated law from the Ninth Circuit in citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Mr. Rothstein, in his argument on December 21, 2020, relied on that briefing. I appreciate that the record was cleared and the correct law stated for the record. I understand Courts rely heavily on accurate argument from the counsel before them – advocacy must never cross that line. Although my mistake was honest (not intentionally provided to mislead the Court), its inadvertence does not "un-ring" the bell. In a profession that relies on the integrity of our word, both written and spoken, I sincerely apologize to the Court and opposing counsel for the error. I move forward humbled and ever so human.

                                        Sincerely,
                                        \s\Kyla V. Alexander
                                        Kyla V. Alexander
                                        *Counsel for Plaintiffs*

CC via ECF: *Counsel for Samsung Electronics America, Inc.*
*and Samsung Electronics Co., Ltd.*